②

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF GEORGIA ▼

| | |
|---|---|
| Doctor Ai LLC<br>By: Azad Kabir, M.D. MSPH<br>Founder and Managing Member<br>1120 Beach Blvd<br>Biloxi, MS 39530<br>*Plaintiff(s)*<br>v.<br>WebMD, LLC<br>909 North Pacific Coast Highway, 11th Floor<br>El Segundo, CA 90245<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 4:25-cv-130 (CDL)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WebMD, LLC
909 North Pacific Coast Highway, 11th Floor
El Segundo, CA 90245

The plaintiff alleges causes of action for (1) patent infringement under 35 U.S.C. § 271, (2) copyright infringement under 17 U.S.C. § 501, and (3) trade secret misappropriation under 18 U.S.C. § 1836.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Doctor Ai LLC
By: Azad Kabir, M.D. MSPH
Founder and Managing Member
1120 Beach Blvd
Biloxi, MS 39530
Cell: 228 342-6278

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/21/2025

_____
Signature of Clerk or Deputy Clerk