**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**AZAD ALAMGIR KABIR,**
Plaintiff,

v.

**WEBMD LLC, and THOUGHTi, INC.,**
Defendants.

Civil Action No. 2:25-cv-15207

---

**NOTICE REGARDING USE OF COGNITIVE ARTIFICIAL INTELLIGENCE**

1. Plaintiff, **Dr. Azad Kabir**, appearing pro se, respectfully submits this notice in compliance with the Court's directive concerning the use of Generative Artificial Intelligence ("GAI") in court filings:

2. **Plaintiff's Invention of Cognitive AI**
Plaintiff is the inventor of a patented system of **Cognitive Artificial Intelligence ("Cognitive AI")** and a related **Cognitive Computation Framework**, which are currently the subject of this litigation. Plaintiff has also developed a new form of Cognitive AI—distinct from traditional GAI—that he has used to assist in preparing certain filings in this action.

3. **Nature of Cognitive AI**
Unlike generative AI systems (e.g., ChatGPT, Bard), which can "hallucinate" facts or generate text without verification, Plaintiff's Cognitive AI is based on the methods described in Plaintiff's global pending patents and related filings. **Cognitive AI** is designed to recognize when it lacks sufficient information, to refrain from speculation, and to cross-check its reasoning for accuracy. It is therefore fundamentally different from generative models (GAI) that may fill gaps with unreliable information.

4. **Use in this Case**
Plaintiff has used his Cognitive AI system to assist in **drafting motions, responses, and related filings** in this case.

    a) The Cognitive AI contributed by generating initial draft language based on Plaintiff's instructions.

1

b) Plaintiff has **diligently reviewed, edited, and verified all work product** to ensure accuracy, applicability, and compliance with Court rules.

c) Plaintiff certifies that all final filings represent Plaintiff's own considered legal and factual positions.

5. **Disclosure Limitations**
Due to pending patent applications and trade secret protections, Plaintiff cannot disclose the proprietary technical details of Cognitive AI at this time. Disclosure of such details in a public forum could constitute prior art and compromise patentability. Plaintiff respectfully submits that this nondisclosure is necessary to preserve intellectual property rights, while still fully complying with the Court's disclosure rule by identifying the nature and role of Cognitive AI in drafting.

6. **Certification**
Consistent with the Court's requirements:

a) Plaintiff certifies that **Cognitive AI** was used in preparing portions of the filings in this action.

b) Plaintiff certifies that all Cognitive AI work product was **diligently reviewed by Plaintiff** for accuracy and applicability.

7. **Purpose and Public Interest**
Plaintiff submits this disclosure to assure the Court of the reliability of filings and to highlight the broader public interest. Plaintiff's long-term goal is to enable inventors who lack financial means to protect their innovations by providing access to **Cognitive AI systems** that can help them navigate litigation and defend their rights.

---

**Respectfully submitted,**

/s/ Azad Kabir
Dr. Azad Kabir, Pro Se
1120 Beach Blvd
Biloxi, MS 39530
azad.kabir@ddxrx.net | (228) 342-6278

**Dated: September 5, 2025**

**CERTIFICATE OF SERVICE**

I hereby certify that on **September 5, 2025**, I caused a true and correct copy of the foregoing **Notice Regarding Use of Cognitive Artificial Intelligence** to be served upon the defense counsels of record by E-mail.

**Respectfully submitted,**

/s/ Azad Kabir
Dr. Azad Kabir, Pro Se
1120 Beach Blvd
Biloxi, MS 39530
azad.kabir@ddxrx.net | (228) 342-6278

**Dated: September 5, 2025**