ELLIS GEORGE LLP

Ellis George LLP
Carnegie Hall Tower
152 West 57th Street, 28th Floor
New York, NY 10019

Jeffrey A. Mitchell
212.413.2601
jmitchell@ellisgeorge.com

September 16, 2025

**VIA CM/ECF**

The Honorable Jessica S. Allen, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building and U.S. Courthouse
50 Walnut St., Courtroom MLK 2B
Newark, New Jersey 07102

    Re:    *Kabir v. WebMD LLC et al.*
              Case No. 2:25-cv-15207-EP-JSA

Dear Judge Allen:

    Our firm has been retained as local counsel for Defendant WebMD LLC ("WebMD") in the above-referenced action. Notices of appearance for my colleague Nicholas S. Pradaxay and me were filed earlier today. We also intend to move for the *pro hac vice* admission of Steven Zeller and Michael Adams from the law firm of Dykema Gossett PLLC in Atlanta, Georgia, both of whom served as counsel of record for WebMD when this matter was pending in the United States District Court for the Northern District of Georgia.

    This case was transferred from that Court to this District, but before doing so, the Georgia District Court directed that WebMD respond to the Second Amended Complaint within fourteen (14) days of transfer, which by our calculation, expires tomorrow. After the action was transferred, Plaintiff filed a motion for leave to serve a Third Amended Complaint, which by Order of this Court has been made returnable on October 6, 2025. That alone may already relieve WebMD of the need to respond to the Second Amended Complaint pending determination of that motion, since doing so may become moot.

    However, in an abundance of caution, on September 15, 2025, right after we were engaged, I reached out to the *pro se* Plaintiff, and asked that as a matter of courtesy, he simply consent to an extension to respond to the Second Amended Complaint until fourteen (14) days after the motion to amend is denied (if it is granted, no answer to the Second Amended Complaint will be necessary). Plaintiff sought to impose all sorts of conditions on his consent, *see* **Exhibit A** hereto, and with time running short, we believed it best to just write to the Court now in case a formal motion is required pursuant to Your Honor's posted Judicial Preferences to obtain an extension. In response to Plaintiff's numerous conditions, we can assure the Court that we will comply with our professional obligations.

ELLIS GEORGE LLP

The Honorable Jessica S. Allen, U.S.M.J.
September 16, 2025
Page 2

      In light of Plaintiff's pending motion to file a Third Amended Complaint, WebMD respectfully asks the Court to extend the time for it to respond to the Second Amended Complaint until fourteen (14) days after the Court denies the pending motion to amend, and if granted, deem the need to answer the prior pleading moot.

      We thank the Court for its attention to this matter.

Respectfully yours,

s/Jeffrey A. Mitchell
Jeffrey A. Mitchell

JAM:eis

cc:    All Counsel of Record (via CM/ECF)

3054043.1

# EXHIBIT A

**Nicholas S. Pradaxay**

| | |
|---|---|
| **From:** | Azad Kabir, MD MSPH <azad.kabir@ddxrx.net> |
| **Sent:** | Monday, September 15, 2025 11:11 PM |
| **To:** | Jeffrey A. Mitchell |
| **Cc:** | Zeller, Steven; Adams, Michael; Nicholas S. Pradaxay |
| **Subject:** | Re: Kabir v. WebMD LLC - USDC/DNJ Civil Docket No. 2:25-cv-15207-EP-JSA |
| **Attachments:** | Exhibit 47 - Disclosure of Third-Party Entities and Processes.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**Dear Mr. Mitchell,**

I acknowledge your request to extend WebMD's time to respond to the Second Amended Complaint while my motion for leave to file a Third Amended Complaint is pending.

I am willing to consent **subject to the following safeguards** to avoid prejudice and delay:

1. **Preservation/No Spoliation.** Written confirmation, on behalf of WebMD and its vendors/agents, that all potentially relevant data (including server images, API logs, access logs, model artifacts, training/evaluation datasets, and backups) from **January 1, 2017 to present** are preserved and will not be altered or deleted pending further order.
2. **Vendor Identification (Limited Early Disclosure).** Within **7 days**, identification of the **two outside service providers** engaged for the Symptom Checker during (a) 2018–2025 and (b) 2025–present, including their names and roles. This is limited to identification and preservation purposes only and does not merit discovery.
3. **Rolling Preservation Details.** Within **7 days**, disclosure of the locations/tenants where the preserved data resides (e.g., cloud accounts, data centers) is sufficient to anchor a preservation order.
4. **No Tactical Use of Time.** WebMD agrees it will not use this extension to (i) oppose preservation on timeliness grounds; (ii) seek dismissal on venue or jurisdictional grounds; or (iii) repurpose the extension for any other strategic objective, including obstructing or delaying any DOJ investigation.
5. **Reciprocal Timing.**
   • If the Court **denies** leave to amend, WebMD's response to the SAC will be due **7 days** after the order.
   • If the Court **grants** leave, WebMD will respond to the TAC per the rules and **will not seek additional time**.
6. **Meet and Confer.** Let's meet and confer within **3 business days** to submit a **stipulated preservation order**.
7. **Professional Courtesy.** Please address me as **Dr. Kabir** in all future communications. Obtaining my medical degree required significant effort and commitment, and I expect that professional title to be used consistently as a matter of respect.
8. **Reminder of Prior Meet-and-Confer.** I previously sent your team the attached meet-and-confer document (**Exhibit 47 sent seven days ago**) and did not receive any response. I ask that you review it and provide a reply.

Please confirm by **Tuesday, 5:00 PM,** so we can present a short joint letter to the Court.

Sincerely,

**Dr. Azad Kabir**
Pro se

-------- Original Message --------

**Subject:** Kabir v. WebMD LLC - USDC/DNJ Civil Docket No. 2:25-cv-15207-EP-JSA
  **Date:** 2025-09-15 15:36
 **From:** "Jeffrey A. Mitchell" <jmitchell@ellisgeorge.com>
   **To:** "azad.kabir@ddxrx.net" <azad.kabir@ddxrx.net>


Mr. Kabir, our firm has been engaged to act as local counsel for WebMD in the above-referenced action.  We will be filing a notice of appearance for both Mr. Pradaxay and me, and also moving for the admission of Messrs. Zeller and Adams pro hac vice.  In the interim, we have been advised that you filed a motion for leave to file a Third Amended Complaint, and the Court set the motion down for October 6, 2025 (Docket entry, September 9, 2025).  We also understand that when it transferred the case, the US District Court in Georgia directed that WebMD respond to the second amended complaint within 14 days of transfer, which we are told is Wednesday, September 17th.

Since you have moved for leave to file a third amended complaint, we ask that you kindly agree to extend the time for a response to the second amended complaint.  If your motion is granted, that complaint will be superseded by the third amended complaint, and any response to the second amended complaint will be moot.  Therefore, we ask that the adjournment be until 14 days after the Court the court denies the motion to amend.  Otherwise, meaning the Court grants leave to amend, no response to the second amended complaint will be required.

Because time is short, we ask that you kindly for your consent to the foregoing by no later than tomorrow morning, because we will need to ask the Court for the same relief should you be willing to consent.

Thank you.

Jeffrey Mitchell

**Jeffrey A. Mitchell** | Partner

Carnegie Hall Tower
152 West 57th Street, 28th Floor
New York, New York 10019
Direct 212.413.2601
Main 212.413.2600 | Fax 212.413.2629
jmitchell@ellisgeorge.com
www.ellisgeorge.com

_____

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately

notify the sender and delete this e-mail message from your computer.
_____
--

"Please feel no pressure to read or respond to this email over the weekend or if you are busy. I'm only sending it over now so it's on your radar and can be prioritized at your convenience in the near future."


Respectfully yours,

Azad Kabir, MD MSPH (Tulane SPHTM)
Chief Scientist, Robot Doctor, LLC
Cell: (228) 342 - 6278

https://calendly.com/clinical-assist

-----------------------------------------------------------------------------
The contents of this email message and any attachments are confidential and intended solely for the addressee. The information may also be legally privileged. This transmission is sent in trust for the sole purpose of delivery to the intended recipient. You are hereby notified that any dissemination, disclosure, distribution, duplication, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply email or phone and delete this message and its attachments, if any.