**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

**AZAD ALAMGIR KABIR,**

Plaintiff,

v.

**WEBMD LLC, THOUGHTi INC., and JOHN DOE 1 (believed to be OpenAI, Inc.),**

Defendants.

Civil Action No. 2:25-cv-15207

---

**NOTICE OF CLARIFICATION REGARDING PLAINTIFF'S POSITION ON SEALING**

Plaintiff respectfully submits this Notice to clarify his position regarding the sealing of documents:

1. Plaintiff's Motion to Seal (Dkt. #60) seeks protection only for his own confidential trade secrets, proprietary research, and intellectual property. These materials are properly subject to sealing under Federal Rule of Civil Procedure 26(c).

2. Plaintiff opposes Defendants' motions to seal (Dkt. #72) where Defendants seek to shield from public view factual material, technical exhibits, or declarations that do not contain trade secrets or that rely on information already in the public domain.

3. Plaintiff's position is therefore consistent: sealing should apply only to genuine trade secrets and proprietary information—not to non-confidential factual material.

This clarification is submitted to assist the Court in resolving the pending motions scheduled for October 6, 2025.

Dated: September 16, 2025

**Respectfully submitted,**

/s/ Dr. Azad Kabir

Dr. Azad Alamgir Kabir, Pro Se

1120 Beach Blvd

Biloxi, MS 39530

Email: azad.kabir@ddxrx.net

Tel: (228) 342-6278

---

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2025, I caused a true and correct copy of the foregoing **Notice of Clarification Regarding Plaintiff's Position on Sealing** to be served via email and CM/ECF upon all counsel of record registered to receive electronic notices in this case.

Dated: September 16, 2025

/s/ Dr. Azad Alamgir Kabir

Plaintiff, Pro Se

2