**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

AZAD ALAMGIR KABIR,

Plaintiff,

v.

**WEBMD LLC, THOUGHTi INC., and JOHN DOE 1** (believed to be OpenAI, Inc.),

Defendants.

Civil Action No. 2:25-cv-15207

---

**PLAINTIFF'S NOTICE REGARDING SUBMISSION OF CLEAN COPY AND MARKED (UNDERLINE/REDLINE) COPY OF PROPOSED THIRD AMENDED COMPLAINT**

(Related to Plaintiff's Motion for Leave to File Third Amended Complaint, ECF No. 59)

1. Plaintiff, Azad Alamgir Kabir, appearing **pro se**, respectfully submits this Notice to clarify compliance with Local Civil Rule 15.1 in connection with Plaintiff's Motion for Leave to File a Third Amended Complaint (ECF No. 59).

2. Pursuant to the Rule, Plaintiff hereby submits:

a) A **clean copy** of the proposed Third Amended Complaint; and

b) A **marked version** (underline or redline) comparing the proposed Third Amended Complaint against the Second Amended Complaint, to identify changes.

1

3. Plaintiff attempted to confer with defense counsel, but no stipulation was reached. Accordingly, Plaintiff files this Notice unilaterally to ensure the record is clear and complete.

4. No new exhibits are submitted with this Notice. All exhibits previously filed remain incorporated into and part of the proposed Third Amended Complaint.

5. The attached copies are provided solely to comply with Local Civil Rule 15.1(a).

**Respectfully submitted,**

Dated: September 24, 2025

/s/ Azad Kabir

Dr. Azad Kabir, Pro Se

1120 Beach Blvd

Biloxi, MS 39530

Email: azad.kabir@ddxrx.net

Tel: (228) 342-6278

**Exhibits Attached**

- **Exhibit A** – Proposed Third Amended Complaint (Clean Version)

- **Exhibit B** – Proposed Third Amended Complaint (Marked/Redline Version)

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2025, I caused a true and correct copy of the foregoing **Plaintiff's Notice Regarding Submission of Clean Copy and Marked (Underline/Redline) Copy of Proposed Third Amended Complaint** to be served via email and CM/ECF upon all counsel of record registered to receive electronic notices in this case.

Dated: September 24, 2025

/s/ Azad Kabir

Plaintiff, Pro Se