**ELLIS GEORGE LLP**

Ellis George LLP
Carnegie Hall Tower
152 West 57th Street, 28th Floor
New York, NY 10019

Jeffrey A. Mitchell
212.413.2601
jmitchell@ellisgeorge.com

September 24, 2025

**VIA CM/ECF**

The Honorable Jessica S. Allen, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building and U.S. Courthouse
50 Walnut St., Courtroom MLK 2B
Newark, New Jersey 07102

Re:   *Kabir v. WebMD LLC et al.*
      Case No. 2:25-cv-15207 (EP)(JSA)

Dear Judge Allen:

This firm represents Defendant WebMD LLC ("WebMD") in the above-referenced action and we are writing pursuant to Your Honor's Judicial Preferences to request that WebMD's co-counsel, Steven McMahon Zeller, Esq. and Michael P. Adams, Esq., be admitted to this case *pro hac vice* on behalf of WebMD. I have communicated with Plaintiff *pro se* concerning this application and he informed me that he does not oppose this application and consents to same. As required, we are filing herewith my Certification, the Certifications of Messrs. Zeller and Adams and a Proposed Order.

We thank the Court for its attention to this matter.

Respectfully yours,

s/Jeffrey A. Mitchell
Jeffrey A. Mitchell

JAM:eis
Attachments

cc:   Plaintiff *pro se* (via CM/ECF)

3056679