

**Wendi Opper Uzar**
Partner
<u>Direct</u>:
t: 973.451.8647
f: 973.538.1984
wuzar@riker.com
7 Giralda Farms, Suite 250
Madison, NJ 07940-1051

October 14, 2025

*Via ECF*
Honorable Jessica S. Allen, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
Court Room MLK 2B
50 Walnut Street
Newark, NJ 07102

      Re:   <u>Kabir v. WedMD LLC, et. al.</u>
              2:25-cv-15207 (EP) (JSA)

Dear Judge Allen:

      This firm represents defendant THOUGHTi, Inc. ("Thoughti") with respect to the above-captioned action filed by pro se plaintiff Azad Alamgir Kabir ("Plaintiff"). We write to seek the correction of what we understand to be a clerical error.

      Plaintiff has filed his third amended complaint ("TAC") against WebMD LLC ("WebMD"), Thoughti, and John Doe 1 (whom Plaintiff believes to be Open AI, Inc.). The TAC was filed on October 6, 2025, and names only those parties listed above. Count I of the TAC is pled against WebMD, while Counts II and III are pled against WebMD and Thoughti jointly. However, when the TAC was filed, Mr. Nilesh Patkar was added as a defendant to the docket, as shown on the online docket report. Mr. Patkar is not named as a defendant in his individual capacity in the TAC. We respectfully request that Mr. Patkar be removed from the docket as a Defendant, as he is not a named party in the TAC.

      We thank Your Honor for her time and attention to this matter. We are available to provide any additional information that the Court may require.

                                              Sincerely,

                                              */s/ Wendi Opper Uzar*
                                              Wendi Opper Uzar

WOU/cll