**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**AZAD ALAMGIR KABIR,**

Plaintiff,

v.

**WEBMD LLC, THOUGHTi INC., and JOHN DOE 1 (believed to be OpenAI, Inc.),**

Defendants.

Civil Action No. 2:25-cv-15207 (EP) (JSA)

---

**PLAINTIFF'S LETTER OPPOSING DEFENDANT THOUGHTI, INC.'S EXTENSION REQUEST (ECF 97) – EVIDENTIARY RECORD**

**VIA ECF**

Hon. Evelyn Padin, U.S.D.J.

Hon. Jessica S. Allen, U.S.M.J.

Martin Luther King Building & U.S. Courthouse

50 Walnut Street

Newark, NJ 07102

**Dear Honorable Judge Padin and Judge Allen:**

1. I write as Plaintiff, pro se, to respectfully oppose Defendant Thoughti, Inc.'s request for additional time to answer or otherwise respond to the Third Amended Complaint (ECF 97).

2. Plaintiff recognizes that under **Local Civil Rule 6.1(b)**, the Clerk may grant a defendant a one-time automatic extension to answer, move, or otherwise respond to a complaint. Plaintiff does not object to this initial procedural allowance. However, Plaintiff respectfully submits that **no additional extensions beyond the October 20, 2025, deadline should be granted**, as further delay would increase the risk of spoliation and prejudice, particularly in light of the evidence described below.

   a) **Exhibit A** provides a timeline of events.

   b) **Exhibits 3–5** contain LinkedIn messages from Thoughti's CEO, Mr. Anupam Das, acknowledging collaboration with WebMD on a symptom checker.

   c) **Exhibit 66** (redacted WebMD declaration) corroborates this timeline. Redacted Paragraph 9 documents a "switch" in system architecture, which exactly matches the period when Thoughti had access to my server. And redacted Paragraph 10 confirms that this version of the symptom checker remained in use by WebMD through 2025.

3. Given the admissions and corroborating declarations already in the record, prompt discovery is essential to preserve these materials and prevent irreparable prejudice. Further delay in production will only heighten the risk of spoliation.

2

4. For these reasons, Plaintiff respectfully requests that the Court deny any further extensions beyond October 20, 2025.

Respectfully submitted,

/s/ Azad Kabir

**Dr. Azad Kabir, Pro Se**

1120 Beach Blvd

Biloxi, MS 39530

Email: azad.kabir@ddxrx.net

Tel: (228) 342-6278

**Date: October 9, 2025**

---

**ATTACHMENTS**

a) **Exhibit A** – Plaintiff's Timeline of Events

b) **Exhibits 3–5** – LinkedIn messages of Thoughti CEO (Mr. Das)

c) **Exhibit 66** – WebMD Declaration (redacted excerpts, ¶¶ 9–10)

d) **Exhibit 75** – Plaintiff's August 15, 2025, Evidence Preservation Email

e) **Exhibit 76** – Plaintiff's August 18, 2025, CEO Correspondence

f) **Exhibit 77** – Plaintiff's October 7, 2025, Settlement Offer to Thoughti Counsel (withheld from public filing pursuant to Fed. R. Evid. 408; available for in camera review or under seal if the Court so directs)

---

**CERTIFICATE OF SERVICE**

I hereby certify that on October 09, 2025, I caused the foregoing letter and attached exhibits to be filed with the Court via the ADS/CM/ECF system, which will automatically serve all counsel of record, including counsel for Defendant Thoughti, Inc. (Riker Danzig LLP) and counsel for Defendant WebMD LLC.

/s/ Azad Kabir

**Dr. Azad Kabir, Pro Se**

1120 Beach Blvd

Biloxi, MS 39530

Email: azad.kabir@ddxrx.net

Tel: (228) 342-6278