**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

**Dr. Azad Alamgir Kabir**, Plaintiff pro se

v.

**WebMD LLC, Thoughti Inc., and John Doe 1 (believed to be OpenAI, Inc.)**

Civil Action No. 2:25-cv-15207 (EP) (JSA)

---

**NOTICE OF PLAINTIFF'S INTENT TO SEEK LEAVE TO FILE FOURTH AMENDED COMPLAINT (ADDING DEFENDANT NILESH PATKAR A/K/A "NEIL PRO")**

Plaintiff **Dr. Azad Alamgir Kabir**, appearing pro se, respectfully submits this Notice to clarify the record and to preserve his intent to seek leave to amend the pleadings further under **Fed. R. Civ. P. 15(a)(2)** upon the Court's permission.

Plaintiff notes the October 14, 2025 letter filed by counsel for Defendant Thoughti Inc., requesting removal of **Mr. Nilesh Patkar** from the docket (Exhibit 81). Plaintiff respectfully clarifies that while Mr. Patkar is not named as a defendant in the operative **Third Amended Complaint,** his conduct is the subject of newly discovered evidence demonstrating personal involvement in the misappropriation of Plaintiff's trade secrets.

Plaintiff further notes that, based on preliminary evidence and API records already submitted (previously filled Exhibit 44), additional parties collaborating with **WebMD** in the delivery of ranked or score-weighted differential diagnoses may be revealed during the

pleading and discovery process. Plaintiff reserves all rights under **Fed. R. Civ. P. 15 and 21** to formally substitute **OpenAI, Inc.** for **John Doe 1**, or to join additional responsible entities, upon confirmation through discovery and subject to the Court's permission.

Plaintiff respectfully notifies the Court that, upon resolution of the pending **Motion for Leave to File the Third Amended Complaint (ECF No. 59)** and subject to the Court's further permission, he **may seek leave** to amend the pleadings for the limited purpose of adding **Nilesh Patkar (a/k/a "Neil Pro")** as an individual defendant based on newly verified evidence.

This Notice is filed solely to preserve Plaintiff's intent on the record and does **not** seek any immediate relief or modification of the Court's **September 17, 2025 Text Order**. Plaintiff will proceed in strict compliance with that Order and will not file any motion to amend until after the Court has resolved ECF No. 59.

Respectfully submitted,

**/s/ Dr. Azad Alamgir Kabir**

Pro Se Plaintiff

1120 Beach Blvd

Biloxi, MS 39530

Tel: (228) 342-6278

Email: azad.kabir@ddxrx.net

**Date:** October 26, 2025

**Attachment: Exhibit 81 – Thoughti Inc. October 14, 2025 Letter Regarding Nilesh Patkar**

**CERTIFICATE OF SERVICE**

I hereby certify that on this **26th day of October, 2025**, a true and correct copy of the foregoing document, entitled **"NOTICE OF PLAINTIFF'S INTENT TO SEEK LEAVE TO FILE FOURTH AMENDED COMPLAINT (ADDING DEFENDANT NILESH PATKAR A/K/A 'NEIL PRO')"**, was filed electronically with the Clerk of the Court using the **ADS/CM/ECF system**, which will send notice of such filing to all counsel of record in this matter.

---

Respectfully submitted,

/s/ Dr. Azad Alamgir Kabir

Pro Se Plaintiff

1120 Beach Blvd

Biloxi, MS 39530

Tel: (228) 342-6278

Email: azad.kabir@ddxrx.net

Dated: October 26, 2025