Wendi Opper Uzar
Corey L. LaBrutto
**RIKER DANZIG LLP**
7 Giralda Farms, Suite 250
Madison, NJ 07940-1051
Telephone: (973) 451-8647
Facsimile:  (973) 451-8557
wuzar@riker.com
clabrutto@riker.com

*Attorneys for Defendant Thoughti, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Azad Kabir,<br><br>    Plaintiff,<br><br>  vs.<br><br>WebMD LLC, Thoughti, Inc., and John Doe 1.<br><br>    Defendants. | Civil Action No.<br><br>  2:25-cv-15207 (EP) (JSA)<br><br><br>**DECLARATION OF ANUPAM DAS IN SUPPORT OF THOUGHTI, INC.'S MOTION TO DISMISS** |

## DECLARATION OF ANUPAM DAS

I, Anupam Das, pursuant to 28 U.S.C. §1746, declare as follows:

1.      I am the Chief Executive Officer and a co-founder of THOUGHTi, Inc. ("THOUGHTi"). I submit this Declaration in support of THOUGHTi's motion to dismiss Counts II and III of the Third Amended Complaint ("TAC") of Plaintiff Azad Kabir ("Plaintiff"). The statements in this Declaration are based on my personal knowledge, as well as a review of THOUGHTi's corporate documents. If I

were called as a witness, I could and would testify competently about what I state herein.

2.     THOUGHTi is Delaware corporation, incorporated and existing under the laws of the state of Delaware.

3.     THOUGHTi was originally formed as a Delaware Limited Liability Company under the laws of Delaware on December 6, 2010. A true and exact copy of the Limited Liability Company's Certificate of Formation is attached hereto as **Exhibit A**.

4.     On November 6, 2018, THOUGHTi filed a Certificate of Conversion, incorporating THOUGHTi as a Delaware Corporation. A true and exact copy of the Certificate of Conversation is attached hereto as **Exhibit B**.

5.     THOUGHTi does not have a physical corporate headquarters. Its former headquarters, which closed in 2022, was  located at 911 Washington Ave., Suite 433, St. Louis, Missouri 63101, in the United States.

6.     THOUGHTi does not have any property in the State of New Jersey.

7.     THOUGHTi does not direct its activities into the State of New Jersey.

8.     THOUGHTi does not target New Jersey consumers or otherwise direct advertising into the State.

9.     THOUGHTi does not ship goods into New Jersey, nor does it offer services in the State of New Jersey.

10.    THOUGHTi has never been engaged by WebMD LLC for any purpose. THOUGHTi has never interacted with personnel acting on behalf of WebMD LLC, nor has THOUGHTi, or its personnel, provided any intellectual property to WebMD LLC or any of its employees, agents, or representatives.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 03, 2025

_____

Anupam Das, CEO of THOUGHTi, Inc.