# EXHIBIT A

# Apostille

(Convention de La Haye du 5 Octobre 1961)

1. Country: United States of America

   This public document:
2. has been signed by Jeffrey W. Bullock

3. acting in the capacity of Secretary of State of Delaware

4. bears the seal/stamp of Office of Secretary of State

## Certified

5. at Dover, Delaware

6. the seventh day of December, A.D. 2010

7. by Secretary of State, Delaware Department of State

8. No. 0429701

9. Seal/Stamp:           10. Signature:

                                                Secretary of State



# Delaware

PAGE 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "THOUGHTI LLC", FILED IN THIS OFFICE ON THE SIXTH DAY OF DECEMBER, A.D. 2010, AT 2:19 O'CLOCK P.M.

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 8405925

DATE: 12-07-10

4907906 8100

101152075

You may verify this certificate
at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 02:44 PM 12/06/2010
FILED 02:19 PM 12/06/2010
SRV 101152075 - 4907906 FILE

# CERTIFICATE OF FORMATION

## OF

## Thoughti LLC

(A Delaware Limited Liability Company)

**First:** The name of the limited liability company is: Thoughti LLC

**Second:** Its registered office in the State of Delaware is located at 16192 Coastal Highway, Lewes, Delaware 19958, County of Sussex. The registered agent in charge thereof is Harvard Business Services, Inc.

IN WITNESS WHEREOF, I Richard H. Bell, being fully authorized to execute and file this document have signed below and executed this Certificate of Formation on this 6th day of December, 2010.

_Richard H. Bell_

Harvard Business Services, Inc.
By: Richard H. Bell, Organizer

# STATEMENT OF AUTHORIZED PERSON
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

STATEMENT OF ORGANIZATION

OF THE AUTHORIZED PERSON OF

<u>Thoughti LLC</u>

I, Richard H. Bell, being the Authorized Person of Harvard Business Services, Inc., the Formation Agent of Thoughti LLC -- a Delaware Limited Liability Company -- hereby certify pursuant to Section 18-201 of the Delaware Limited Liability Company Act and to the best of my knowledge that:

1. The Certificate of Formation of Thoughti LLC was filed with the Secretary of State of Delaware on December 6, 2010.

2. On December 6, 2010 the following person(s) were named as the Managing Member(s) of the Limited Liability Company until their successors are elected and qualify:

Nilesh A Patkar
Anupam Das

3. The undersigned signatory hereby resigns as the organizer of the above named Limited Liability Company.

In witness whereof, I have signed this instrument as of the date when these actions were so taken this 6th day of December, 2010.

*Richard H. Bell* (signature)

HARVARD BUSINESS SERVICES, INC.
By: Richard H. Bell, Organizer

State of Delaware    )
                     )  ss.
County of Sussex     )

I certify that the above is a true and correct signature of Richard H. Bell this December 7, 2010.

*Kimberly N. Robbins* (signature)
Kimberly N. Robbins, Notary Public
My Commission Expires May 18, 2011.

\*\*\* This document is not part of the public record.  Keep it in a safe place. \*\*\*

