# EXHIBIT B

State of Delaware
Secretary of State
Division of Corporations
Delivered 03:33 PM 11/08/2018
FILED 03:33 PM 11/08/2018
SR 20187549653 - File Number 4907906

# STATE OF DELAWARE
## CERTIFICATE OF CONVERSION
## FROM A DELAWARE LIMITED LIABILITY COMPANY
## TO A DELAWARE CORPORATION
## PURSUANT TO SECTION 265 OF THE
## DELAWARE GENERAL CORPORATION LAW

First: The jurisdiction where the Limited Liability Company first formed is Delaware.

Second: The jurisdiction immediately prior to filing this Certificate is Delaware.

Third: The date the Limited Liability Company first formed is December 6, 2010.

Fourth: The name of the Limited Liability Company immediately prior to filing this Certificate is: Thoughti LLC

Fifth: The name of the Corporation as set forth in the Certificate of Incorporation is: Thoughti Inc.

IN WITNESS WHEREOF, the undersigned being duly authorized to sign on behalf of the converting Limited Liability Company have executed this Certificate on the 6 day of November, 2018.

BY: _____ Signature

Name: Nilesh Patkar  -please print
Authorized Person

State of Delaware
Secretary of State
Division of Corporations
Delivered 03:33 PM 11/08/2018
FILED 03:33 PM 11/08/2018
SR 20187549653 - File Number 4907906

# CERTIFICATE OF INCORPORATION
## OF
## Thoughti Inc.

**FIRST:** The name of the corporation is: Thoughti Inc.

**SECOND:** Its registered office in the State of Delaware is located at 16192 Coastal Highway, Lewes, Delaware 19958, County of Sussex. The registered agent in charge thereof is Harvard Business Services, Inc.

**THIRD:** The purpose of the corporation is to engage in any lawful activity for which corporations may be organized under the General Corporation Law of Delaware.

**FOURTH:** The total number of shares of stock which the corporation is authorized to issue is **500,000** shares having a par value of **$ 0.05** per share.

**FIFTH:** The business and affairs of the corporation shall be managed by or under the direction of the board of directors, and the directors need not be elected by ballot unless required by the bylaws of the corporation.

**SIXTH:** This corporation shall be perpetual unless otherwise decided by a majority of the Board of Directors.

**SEVENTH:** In furtherance and not in limitation of the powers conferred by the laws of Delaware, the board of directors is authorized to amend or repeal the bylaws.

**EIGHTH:** The corporation reserves the right to amend or repeal any provision in this Certificate of Incorporation in the manner prescribed by the laws of Delaware.

**NINTH:** The incorporator is _Nilesh Patkar_, whose mailing address is _Attn : Frederick Striley, 7988 SW 90th Dr. Gainesville, FL 32608_.

**TENTH:** To the fullest extent permitted by the Delaware General Corporation Law a director of this corporation shall not be liable to the corporation or its stockholders for monetary damages for breach of fiduciary duty as a director.

I, the undersigned, for the purpose of forming a corporation under the laws of the State of Delaware do make and file this certificate, and do certify that the facts herein stated are true; and have accordingly signed below, this _08_ day of _November_, 2018.

BY: _[signature]_ Signature

Name: _Nilesh Patkar_ -please print
Incorporator