Wendi Opper Uzar
Corey L. LaBrutto
**RIKER DANZIG LLP**
7 Giralda Farms, Suite 250
Madison, NJ 07940-1051
Telephone: (973) 451-8647
Facsimile:  (973) 451-8557
wuzar@riker.com
clabrutto@riker.com

*Attorneys for Defendant THOUGHTi, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Azir Kabir,<br><br>             Plaintiff,<br><br>     vs.<br><br>WebMD LLC, THOUGHTi, Inc., and John Doe 1.<br><br>            Defendants. | Civil Action No.<br><br>2:25-cv-15207 (EP) (JSA)<br><br>Motion Return Date: December 1, 2025<br><br>**PROPOSED ORDER** |

**THIS MATTER** having come before the Court on motion by Defendant THOUGHTi, Inc. ("THOUGHTi"), by and through its counsel, Riker Danzig LLP, and with notice to plaintiff Dr. Azir Kabir ("Plaintiff") and co-defendant WebMD LLC, for an order dismissing with prejudice Count II and Count III of Plaintiff's Third Amended Complaint as to Defendant THOUGHTi pursuant to Federal Rules of Civil Procedure 12(b)(2) for lack of personal jurisdiction and 12(b)(6) for failure

to state a claim upon which relief can be granted; and after the Court's consideration of the parties' written submissions and consideration of oral argument (if any); and for good cause shown,

**IT IS** on this _____ day of _____, 2025, **ORDERED** that:

1. THOUGHTi's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of personal jurisdiction **BE AND HEREBY IS GRANTED**;

2. THOUGHTi shall be dismissed from this matter for lack of personal jurisdiction;

3. THOUGHTi's Motion to Dismiss Count II for Copyright Infringement pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim **BE AND HEREBY IS GRANTED**;

4. Count II is dismissed with prejudice as to Defendant THOUGHTi;

5. THOUGHTi's Motion to Dismiss Count III for Trade Secret Misappropriation **BE AND HEREBY IS GRANTED**;

6. Count III is dismissed with prejudice as to Defendant THOUGHTi; and

7. A copy of this Order shall be deemed served upon all parties having appeared in this action upon its upload to the United States District Court for the District of New Jersey's Case Management Electronic Filing (CM/ECF) System by

the Court, and the moving party shall serve a copy of this Order upon all parties not electronically served within seven (7) days of the date hereof.

                                                                                    _____

                                                                                    Hon. Evelyn Padin, U.S.D.J.

Dated: _____