Wendi Opper Uzar
Corey L. LaBrutto
**RIKER DANZIG LLP**
7 Giralda Farms, Suite 250
Madison, NJ 07940-1051
Telephone: (973) 451-8647
Facsimile: (973) 451-8557
wuzar@riker.com
clabrutto@riker.com

*Attorneys for Defendant THOUGHTi, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Azir Kabir, | Civil Action No. |
| Plaintiff, | 2:25-cv-15207 (EP) (JSA) |
| vs. | Motion Return Date: December 1, 2025 |
| WebMD LLC, THOUGHTi, Inc., and John Doe 1. | **CERTIFICATE OF SERVICE** |
| Defendants. | |

I, WENDI OPPER UZAR, ESQ., hereby certify that on this day, a true and correct copy of Defendant THOUGHTi Inc.'s, ("THOUGHTi") Motion to Dismiss Counts II and III as to THOUGHTi, including the Brief in support of the motion, the notice of motion, the declaration of Anupam Das, and the proposed order, was served on *pro se* plaintiff Azir Kabir and co-defendant WebMD LLC via United States District Court for the District of New Jersey's Case Management Electronic Filing (CM/ECF) System electronic filing system (ECF):

        Dr. Azad Kabir
        1120 Beach Blvd.

Biloxi, MS 39530
E-mail azad.kabir@ddxrx.net
*Pro Se Plaintiff*
Jeffrey A. Mitchell
Nicholas Pradaxay
ELLIS GEORGE LLP
Carnegie Hall Tower
152 West 57th Street
28th Floor
New York, Ny 10019
Email: jmitchell@ellisgeorge.com, npradaxay@ellisgeorge.com

Michael P. Adams (Admitted *pro hac vice*)
Steven McMahon Zeller (Admitted *pro hac vice*)
DYKEMA GOSSETT PLLC
111 Congress Avenue
Suite 1800
Austin, Tx 78701
(512) 703-6300
Email: madams@dykema.com; szeller@dykema.com

                                       Respectfully Submitted,
                                       */s/ Wendi Opper Uzar*
Dated: November 3, 2025                 Wendi Opper Uzar, Esq.