Jeffrey A. Mitchell, Esq.
Nicholas S. Pradaxay, Esq.
**ELLIS GEORGE LLP**
Carnegie Hall Tower
152 West 57th Street, 28th Floor
New York, New York 10019
Telephone: (212) 413-2600
Facsimile: (212) 413-2629
jmitchell@ellisgeorge.com
npradaxay@ellisgeorge.com

Michael P. Adams (Admitted *pro hac vice*)
**DYKEMA GOSSETT PLLC**
111 Congress Avenue, Suite 1800
Austin, Texas 78701
Telephone: (512) 703-6315
Facsimile:  (512) 703-6399
madams@dykema.com

Steven McMahon Zeller (Admitted *pro hac vice*)
**DYKEMA GOSSETT PLLC**
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
Telephone: (312) 876-1700
Facsimile:  (312) 876-1155
szeller@dykema.com

*Attorneys for Defendant WebMD LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AZAD ALAMGIR KABIR,<br><br>       Plaintiff,<br><br>v. | Civil Action No. 2:25-cv-15207 (EP) (JSA)<br><br>**Motion Return Date**: 12/1/2025<br><br>**DEFENDANT WEBMD LLC'S<br>NOTICE OF MOTION TO DISMISS<br><u>THE THIRD AMENDED COMPLAINT</u>** |

WEBMD LLC, THOUGHTi, INC., and JOHN DOE 1 (believed to be OpenAI, Inc.),

         Defendants.

(Oral Argument Requested)

**PLEASE TAKE NOTICE** that Defendant, WebMD LLC ("WebMD") will move before the Honorable Evelyn Padin, United States District Judge for the District of New Jersey, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, on December 1, 2025, or as soon thereafter as counsel may be heard, for an Order dismissing Plaintiff's Third Amended Complaint (Dkt. 95) with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

**PLEASE TAKE NOTICE** that in support of this motion the movant will rely on (i) WebMD's Memorandum of Law in Support of its Motion to Dismiss, (ii) Declaration of Steven McMahon Zeller, and the exhibits thereto, and (iii) all other pleadings and proceedings on file in this case.

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 7.1(e), a proposed form of Order is submitted with this motion.

**PLEASE TAKE NOTICE** that WebMD hereby requests oral argument.

Dated:  November 3, 2025

                ELLIS GEORGE LLP

                By:   s/Jeffrey A. Mitchell
                    Jeffrey A. Mitchell
                    Nicholas S. Pradaxay

Carnegie Hall Tower
152 West 57th Street, 28th Floor
New York, New York 10019
Telephone:  (212) 413-2600
Facsimile:  (212) 413-2629
jmitchell@ellisgeorge.com
npradaxay@ellisgeorge.com

DYKEMA GOSSETT PLLC
Michael P. Adams (Admitted *pro hac vice*)
111 Congress Avenue, Suite 1800
Austin, Texas 78701
Telephone:  (512) 703-6315
Facsimile:  (512) 703-6399
madams@dykema.com

DYKEMA GOSSETT PLLC
Steven McMahon Zeller (Admitted *pro hac vice*)
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
Telephone:  (312) 876-1700
Facsimile:  (312) 876-1155
szeller@dykema.com

*Attorneys for Defendant WebMD LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 3rd day of November, 2025, I electronically filed the foregoing **WEBMD LLC'S MOTION TO DISMISS THE THIRD AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record and other registered participants.

s/Jeffrey A. Mitchell
Jeffrey A. Mitchell