Jeffrey A. Mitchell, Esq.
Nicholas S. Pradaxay, Esq.
**ELLIS GEORGE LLP**
Carnegie Hall Tower
152 West 57th Street, 28th Floor
New York, New York 10019
Telephone: (212) 413-2600
Facsimile: (212) 413-2629
jmitchell@ellisgeorge.com
npradaxay@ellisgeorge.com

Michael P. Adams (Admitted *pro hac vice*)
**DYKEMA GOSSETT PLLC**
111 Congress Avenue, Suite 1800
Austin, Texas 78701
Telephone:  (512) 703-6315
Facsimile:  (512) 703-6399
madams@dykema.com

Steven McMahon Zeller (Admitted *pro hac vice*)
**DYKEMA GOSSETT PLLC**
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
Telephone:  (312) 876-1700
Facsimile:  (312) 876-1155
szeller@dykema.com

*Attorneys for Defendant WebMD LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AZAD ALAMGIR KABIR,<br><br>              Plaintiff,<br><br>      v. | Civil Action No. 2:25-cv-15207 (EP) (JSA) |

3074316.1

| |
|---|
| WEBMD LLC, THOUGHTi, INC., and JOHN DOE 1 (believed to be OpenAI, Inc.),<br><br>    Defendants. |

## DECLARATION OF STEVEN MCMAHON ZELLER IN SUPPORT OF DEFENDANT WEBMD LLC'S MOTION TO DISMISS THE THIRD AMENDED COMPLAINT

I, STEVEN MCMAHON ZELLER, declare as follows:

1. I am an attorney-at-law in good standing in the State of Illinois, am admitted to practice before this Court *pro hac vice* for purposes of this case, and am a partner at the law firm Dykema Gossett PLLC. I am an attorney of record for Defendant WebMD, LLC ("WebMD") in the above- captioned matter. I make this declaration in support of WebMD's Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6). If called to testify, I could and would testify competently to the following facts:

2. Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 9,536,051.

3. Attached as Exhibit 2 is a true and correct copy of U.S. Patent No. 11,972,865.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed on this 3rd day of November, 2025.

                                                  */s/ Steven McMahon Zeller*
                                                  Steven McMahon Zeller