UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AZAD ALAMGIR KABIR,<br><br>Plaintiff,<br><br>v.<br><br>WEBMD LLC, THOUGHTi, INC., and JOHN DOE 1 (believed to be OpenAI, Inc.),<br><br>Defendants. | Civil Action No. 2:25-cv-15207 (EP) (JSA)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WEBMD LLC'S MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**<br><br>*Electronically Filed* |

**THIS MATTER** having come before the Court on the motion of Defendant WebMD LLC, for an Order dismissing Counts I, II, and III of the Third Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; and the Court having considered the papers submitted in support and in opposition, if any, and oral argument, if any; and for other good cause shown:

**IT IS** on this _____ day of _____, _____,

**ORDERED** that Defendant WebMD LLC's motion is **GRANTED**. Counts I, II, and III of Plaintiff's Third Amended Complaint are hereby dismissed, with prejudice.

                                                                          _____
                                                                          HONORABLE EVELYN PADIN
                                                                          UNITED STATES DISTRICT JUDGE

3074316.1