ELLIS GEORGE LLP

Ellis George LLP
Carnegie Hall Tower
152 West 57th Street, 28th Floor
New York, NY 10019

Jeffrey A. Mitchell
212.413.2601
jmitchell@ellisgeorge.com

November 21, 2025

**VIA CM/ECF**

The Honorable Evelyn Padin, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey  07102

      Re:      *Kabir v. WedMD LLC*, Civil Action No. 2:25-cv-15207 (EP) (JSA)

Dear Judge Padin:

      This firm and the Dykema Gossett PLLC firm represent defendant WebMD LLC ("WebMD") with respect to the above-captioned action filed by pro se plaintiff, Dr. Azad Alamgir Kabir ("Plaintiff").  We write to join in and concur with the requests made by THOUGHTi's counsel in their letter dated November 20, 2025 (Dkt. No. 106), as there are overlapping issues regarding the multiple filings and service copies related to Plaintiff's opposition to WebMD's motion to dismiss (Dkt. No. 105).

      As noted by THOUGHTi's counsel, Plaintiff's opposition to WebMD's motion to dismiss was also filed late, is voluminous (136 pages), and has not yet been entered into the Court's docket. Like THOUGHTi, WebMD has received only redacted copies of Plaintiff's filings and has been unable to confirm receipt of all exhibits due to their size and Plaintiff's objections regarding the standing Protective Order (Dkt. No. 51).

      WebMD respectfully requests that the Court address the scheduling and procedural issues raised by THOUGHTi's counsel, which equally affect WebMD's ability to adequately reply to Plaintiff's opposition by its current due date of November 24, 2025.

      We thank Your Honor for her time and attention to this matter.  We are available to provide any additional information that the Court may require.

      Respectfully submitted,

      s/Jeffrey A. Mitchell
      Jeffrey A. Mitchell

JAM:eis
cc:    Plaintiff *pro se* (via CM/ECF)
       All Counsel of Record (via CM/ECF)

3082486.1