Wendi Opper Uzar
Corey L. LaBrutto
**RIKER DANZIG LLP**
7 Giralda Farms, Suite 250
Madison, NJ 07940-1051
Telephone: (973) 451-8647
Facsimile: (973) 451-8557
wuzar@riker.com
clabrutto@riker.com

*Attorneys for Defendant THOUGHTi, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Azad Kabir,<br><br>Plaintiff,<br><br>vs.<br><br>WebMD LLC, THOUGHTi, Inc., Nilesh Patkar, and John Doe 1.<br><br>Defendants. | Civil Action No.<br><br>2:25-cv-15207 (EP) (JSA)<br><br>Motion Return Date: November 2, 2026<br><br>**NOTICE OF MOTION** |

**To**: Dr. Azad Kabir
7956 Vaughn Rd., PMB 101
Montgomery, Alabama 36116
E-mail azad.kabir@ddxrx.net
*Pro Se Plaintiff*

**With Notice To**:

Jeffrey A. Mitchell
Nicholas Pradaxay
GEORGE LLP

Carnegie Hall Tower
152 West 57th Street
28th Floor
New York, Ny 10019
Email: jmitchell@georgellp.com, npradaxay@georgellp.com
*Attorneys for WebMD LLC*

Michael P. Adams (Admitted *pro hac vice*)
Steven McMahon Zeller (Admitted *pro hac vice*)
DYKEMA GOSSETT PLLC
111 Congress Avenue
Suite 1800
Austin, Tx 78701
(512) 703-6300
Email: madams@dykema.com; szeller@dykema.com
*Attorneys for WebMD LLC*

**PLEASE TAKE NOTICE** that on Monday, November 2, 2026, at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendant THOUGHTi, Inc. ("THOUGHTi"), by and through its counsel, Riker Danzig LLP, shall move before the Honorable Evelyn Padin, U.S.D.J., at the United States District Court in and for the District of New Jersey, located at the Martin Luther King United States Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order dismissing the Fourth Amended Complaint filed by plaintiff Dr. Azir Kabir ("Plaintiff"), Count I and Count III, with prejudice, as those Counts pertain to THOUGHTi, pursuant to Federal Rules of Civil Procedure 12(b)(2) for lack of personal jurisdiction and 12(b)(6) for failure to state a claim upon which relief can be granted, and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, THOUGHTi shall rely upon the concurrently filed Legal Brief, all other papers submitted herewith, and all matters in the record or otherwise permissibly considered by the Court.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Civil Rule 7.1(e), a proposed form of Order is submitted herewith.

Respectfully Submitted,
/s/ *Wendi Opper Uzar*

Dated: October 9, 2026 Wendi Opper Uzar, Esq.