Wendi Opper Uzar
Corey L. LaBrutto
**RIKER DANZIG LLP**
7 Giralda Farms, Suite 250
Madison, NJ 07940-1051
Telephone: (973) 451-8647
Facsimile: (973) 451-8557
wuzar@riker.com
clabrutto@riker.com

*Attorneys for Defendant THOUGHTi, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Azad Kabir,<br><br>Plaintiff,<br><br>vs.<br><br>WebMD LLC, THOUGHTi, Inc., Nilesh Patkar, and John Doe 1.<br><br>Defendants. | Civil Action No.<br><br>2:25-cv-15207 (EP) (JSA)<br><br>Motion Return Date: November 2, 2026<br><br>**PROPOSED ORDER** |

**THIS MATTER** having come before the Court on motion by Defendant THOUGHTi, Inc. ("THOUGHTi"), by and through its counsel, Riker Danzig LLP, and with notice to plaintiff Dr. Azir Kabir ("Plaintiff") and co-defendant WebMD LLC, for an order dismissing with prejudice Count I and Count III (Count II having been voluntarily withdrawn by Plaintiff) of Plaintiff's Fourth Amended Complaint as to Defendant THOUGHTi pursuant to Federal Rules of Civil Procedure 12(b)(2)

for lack of personal jurisdiction and 12(b)(6) for failure to state a claim upon which relief can be granted; after the Court's consideration of the parties' written submissions and consideration of oral argument (if any); and for good cause shown,

**IT IS** on this ______ day of __________________, 2026, **ORDERED** that:

1. THOUGHTi's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of personal jurisdiction **BE AND HEREBY IS GRANTED**;

2. THOUGHTi shall be dismissed from this matter in its entirety for lack of personal jurisdiction;

3. THOUGHTi's Motion to Dismiss Count I for Patent Infringement pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim **BE AND HEREBY IS GRANTED**;

4. Count I is dismissed with prejudice as to Defendant THOUGHTi;

5. THOUGHTi's Motion to Dismiss Count III for Trade Secret Misappropriation **BE AND HEREBY IS GRANTED**;

6. Count III is dismissed with prejudice as to Defendant THOUGHTi;

7. Count II was previously withdrawn;

8. No claims remain against THOUGHTi; and

9. A copy of this Order shall be deemed served upon all parties having appeared in this action upon its upload to the United States District Court for the

District of New Jersey's Case Management Electronic Filing (CM/ECF) System by the Court, and the moving party shall serve a copy of this Order upon all parties not electronically served within seven (7) days of the date hereof.

__________________________________

Hon. Evelyn Padin, U.S.D.J.

Dated: __________________