Wendi Opper Uzar
Corey L. LaBrutto
**RIKER DANZIG LLP**
7 Giralda Farms, Suite 250
Madison, NJ 07940-1051
Telephone: (973) 451-8647
Facsimile: (973) 451-8557
wuzar@riker.com
clabrutto@riker.com

*Attorneys for Defendant THOUGHTi, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Azad Kabir,<br><br>Plaintiff,<br><br>vs.<br><br>WebMD LLC, THOUGHTi, Inc., Nilesh Patkar, and John Doe 1.<br><br>Defendants. | Civil Action No.<br><br>2:25-cv-15207 (EP) (JSA)<br><br>Motion Return Date: November 2, 2026<br><br>**CERTIFICATE OF SERVICE** |

I, WENDI OPPER UZAR, ESQ., hereby certify that on this day, a true and correct copy of Defendant THOUGHTi, Inc.'s, ("THOUGHTi") Motion to Dismiss Counts I and III of Plaintiff's Fourth Amended Complaint as to THOUGHTi, including the Brief in support of the motion, the notice of motion, and the proposed order, was served on *pro se* plaintiff Azir Kabir and co-defendant WebMD LLC via United States District Court for the District of New Jersey's Case Management

Electronic Filing (CM/ECF) System electronic filing system (ECF), with courtesy copies by electronic mail:

Dr. Azad Kabir
7956 Vaughn Rd., PMB 101
Montgomery, Alabama 36116
E-mail azad.kabir@ddxrx.net
*Pro Se Plaintiff*

Jeffrey A. Mitchell
Nicholas Pradaxay
GEORGE LLP
Carnegie Hall Tower
152 West 57th Street
28th Floor
New York, Ny 10019
Email: jmitchell@georgellp.com, npradaxay@georgellp.com

Michael P. Adams (Admitted *pro hac vice*)
Steven McMahon Zeller (Admitted *pro hac vice*)
DYKEMA GOSSETT PLLC
111 Congress Avenue
Suite 1800
Austin, Tx 78701
(512) 703-6300
Email: madams@dykema.com; szeller@dykema.com

Respectfully Submitted,
/s/ *Wendi Opper Uzar*

Dated: October 9, 2026 Wendi Opper Uzar, Esq.